# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CURTIS DWAYNE PRADIA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-13-385-D |
| ) | |
| TRACY MCCOLLUM, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Petitioner, a state prisoner appearing pro se, brought this petition under 28 U.S.C. § 2254, challenging his conviction for attempted second-degree robbery. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Judge Charles Goodwin, who issued a Report and Recommendation that recommended the Court deny Petitioner's Petition. In his report, Judge Goodwin advised the parties of their right to object and directed the parties to file any objections no later than May 31, 2016. The magistrate further admonished the parties that the failure to make timely objection waived the right to appellate review of the factual and legal issues made in the Report and Recommendation. To date, the deadline for filing objections has passed and Petitioner has neither filed an objection nor requested an extension of time to do so. Accordingly, the Report and Recommendation [Doc. No. 22] is **ADOPTED** as though fully set forth herein. A judgment shall be issued accordingly.

**IT IS SO ORDERED** this 22nd day of June, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE